UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:26-cv-01464-SRM-CTS**                    Date: **June 25, 2026**

Title    **X. Saint v. Chad Bianco, et al.**

Present:    The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**        **Order Regarding Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 20)**

On April 24, 2026, Defendants Chad Bianco and County of Riverside (collectively, "Defendants") filed a Motion to Dismiss the Complaint.  ("Motion," ECF No. 20.)  On May 4, 2026, the Court ordered Plaintiff X. Saint ("Plaintiff") to file an opposition to the Motion no later than June 3, 2026.  (ECF No. 21.)  To date, Plaintiff has not filed an opposition to the Motion.

Plaintiff is **ORDERED TO SHOW CAUSE** by **July 9, 2026** why the Court should not recommend that the lawsuit be dismissed for failure to file an opposition to the Motion.  If Plaintiff files an opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action needs to be taken.

Plaintiff is advised that failure to respond to the Motion may be construed as consent to the granting of the Motion and may result in a recommendation that the lawsuit be dismissed.  C.D. Cal. L.R. 7-12; *see also Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995) (affirming dismissal on the basis of an unopposed motion pursuant to local rule).

It is so ordered.